# ULTIMATE 42 U.S.C. § 1983 CIVIL RIGHTS VIOLATION LAWSUIT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

Plaintiff: Onie Knecht
Defendants: Cascade County Judge Steven Fagenstrom, Cascade County Prosecutor, and Law Enforcement Officers

COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

Plaintiff, Onie Knecht, respectfully submits this lawsuit under 42 U.S.C. § 1983 for the violation of federally protected rights by the above-named Defendants. This legal action is filed to **challenge unconstitutional conduct, prevent further violations, and demand full accountability under federal law.**

## LEGAL BASIS & SUPREMACY CLAUSE INVOCATION

This complaint is **legally binding and fully enforceable** under **42 U.S.C. § 1983**, which provides civil remedies for individuals whose rights have been violated under the color of state law.

Furthermore, under the **Supremacy Clause (Article VI, Clause 2, U.S. Constitution)**, any state or local action that **contradicts, obstructs, or fails to uphold federal constitutional protections is null and void ab initio (from the beginning).**

Any continued violation of constitutional rights by the Defendants constitutes a **direct and willful disregard for federal law, subjecting all responsible parties to personal liability and federal intervention.**

## CAUSES OF ACTION

1. **Violation of Due Process Rights (Fifth and Fourteenth Amendments)**
   - The Defendants engaged in **denial of due process** by refusing to review or rule properly on filed motions.
   - Judge Steven Fagenstrom **denied all 96 motions** without review, depriving Plaintiff of legal recourse.

2. **Judicial and Prosecutorial Misconduct**

  - The judge and prosecutor **colluded** to suppress exculpatory evidence.
  - The prosecutor **filed unauthorized motions on Plaintiff's behalf**, violating legal ethics and misrepresenting the Plaintiff.

3. **Unlawful Coercion and Threats (First Amendment Violation)**
  - The judge **threatened Plaintiff with contempt** for asserting constitutional rights.
  - Law enforcement officers were ordered to **intimidate Plaintiff physically** during hearings.

4. **Deprivation of Rights Under Color of Law (42 U.S.C. § 1983)**
  - The actions taken by the Defendants constitute **a pattern of misconduct, coercion, and systemic abuse of judicial authority.**

## RESERVATION OF RIGHTS & WITHDRAWAL OF CONSENT

I, Onie Knecht, **reserve all rights and waive none** in all legal proceedings, filings, and correspondence.

I **DO NOT CONSENT** to any unlawful exercise of jurisdiction, judicial overreach, or any actions taken in violation of my constitutional protections.

Under **UCC 1-308**, I explicitly invoke my right to **reserve all rights without prejudice** and demand that no rights be waived, assumed, or taken without due process and explicit consent.

Any failure to acknowledge and adhere to this **renders all further actions void and without legal standing.**

## REQUESTED RELIEF

1. **A federal injunction** to prohibit continued violations of due process in Cascade County Justice Court.
2. **Immediate review of all orders issued by Judge Steven Fagenstrom** due to systemic misconduct.
3. **Financial damages for constitutional violations** suffered by Plaintiff.
4. **Federal oversight and accountability measures** to prevent future violations.
5. **Judicial sanctions and disciplinary action** against Judge Steven Fagenstrom and the Cascade County Prosecutor.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the requested

relief and any other remedies deemed just and proper under federal law.

Respectfully submitted,

Onie Knecht
(Signature Line)
Date: March 10, 2025