# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| ONIE KNECHT, | CV-25-00017-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| STEVEN FAGENSTROM, et al., | |
| Defendants. | |

On May 14, 2025 the Court ordered the Plaintiff file an amended complaint on or before June 30, 2025 or this case would be dismissed. (Doc. 14.) To date, the Plaintiff has not filed an amended complaint. Accordingly IT IS HEREBY ORDERED that this case is dismissed without prejudice.

DATED this 5th day of November 2025.

_____
Brian Morris, Chief District Judge
United States District Courts